1066

GINSBURG took no part in the consideration or decision of this petition. 

No. 94–634. IN RE CARTER ET AL. C. A. 8th Cir. Petition for writ of certiorari, habeas corpus, and mandamus denied.

No. 94–695. INTERNATIONAL BUSINESS MACHINES CORP. *v.* ALLEN-MYLAND, INC. C. A. 3d Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition. 

No. 94–754. ST. CYR ET AL. *v.* HAYS ET AL. C. A. 5th Cir. Certiorari before judgment denied.

No. 93–9113. BAKER *v.* RUNYON, POSTMASTER GENERAL, ET AL., *ante*, p. 833;

No. 93–9145. RODENBAUGH *v.* KNISLEY ET AL., *ante*, p. 834;

No. 93–9231. WHITNEY *v.* CRUZ ET AL., *ante*, p. 837;

No. 93–9379. BARTON *v.* UNITED STATES, *ante*, p. 843;

No. 93–9578. LANG *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES, *ante*, p. 854;

No. 93–9658. FRIDAY *v.* UNITED STATES, *ante*, p. 859;

No. 94–5013. HARRIS *v.* HATFIELD, WARDEN, *ante*, p. 879;

No. 94–5021. PEABODY *v.* ARIZONA, *ante*, p. 880;

No. 94–5100. BRAGGS *v.* MOBILE COUNTY HEALTH DEPARTMENT ET AL., *ante*, p. 884;

No. 94–5498. RAE *v.* DISTRICT OF COLUMBIA ET AL., *ante*, p. 904;

No. 94–5588. KRALL *v.* DEPARTMENT OF THE AIR FORCE ET AL., *ante*, p. 967;

No. 94–5612. HALE *v.* FLORIDA, *ante*, p. 909;

No. 94–5661. GREENLAW *v.* SMITH, *ante*, p. 935;

No. 94–5677. PUGH *v.* BUTTERWORTH ET AL., *ante*, p. 936;

No. 94–5838. LEKAN *v.* AMERICAN ENERGY SERVICES, INC., *ante*, p. 952;

No. 94–5945. CURIALE ET UX. *v.* ANDRUS, GOVERNOR OF IDAHO, ET AL., *ante*, p. 971;

No. 94–6066. HOEKEL *v.* PLUMBING PLANNING CORP., *ante*, p. 974;

No. 94–6090. DAVIS *v.* LOUISIANA, *ante*, p. 975; and

No. 94–6316. IN RE LIGGINS, *ante*, p. 985. Petitions for rehearing denied.